UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

                                                  Civil Docket Case No. 1:05-cv-00061

v.

BANK ACCOUNT NUMBER 01159630935,
HUNTINGTON BANK,

        Defendant.
_____/

**STIPULATION AND ORDER STAYING CIVIL FORFEITURE PROCEEDINGS
PENDING RESOLUTION OF APPEAL ON CRIMINAL FORFEITURE
PROCEEDINGS**

        Now come the parties through their respective attorneys and hereby stipulate and agree to the entry of the following Order:

1.        That the civil forfeiture proceeding, *United States v. Bank Account Number 01159630935, Huntington Bank,* File No. 1:05-CV-00061, shall be stayed pending the final resolution by the Sixth Circuit Court of Appeals of the criminal forfeiture proceeding in *United States v. Krista L. Kotlarz Watson, et al.*, Court of Appeals File No. 08-1729.

Dated: July 25, 2008                            Dated: July 25, 2008

WARNER NORCROSS & JUDD LLP           CHARLES R. GROSS
                                                  UNITED STATES ATTORNEY

/s/Jeffrey O. Birkhold                          /s/ Matthew G. Borgula
Jeffrey O. Birkhold (P27905)                Matthew G. Borgula (P57330)
Michael B. O'Neal (P66247)                 Assistant United States Attorney
900 Fifth Third Center                            P.O. Box 208
111 Lyon Street, NW                              Grand Rapids, MI 49503
Grand Rapids, MI 49503                      (616) 456-2404
(616) 752-2000                                      Attorney for Plaintiff
Attorneys for Defendant Huntington National Bank

# ORDER

At a session of said Court held in the District Court for the Western District of Michigan, Grand Rapids, Michigan,
on the _____ day of _____, 2008.

**HON. ROBERT HOLMES BELL**
**FEDERAL DISTRICT COURT JUDGE**

Upon the reading and filing of the above signed Stipulation,

**IT IS SO ORDERED.**

_____
Hon. Robert Holmes Bell
Federal District Court Judge

1568567